**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOETTA MARIE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00297-GSA<br><br>**ORDER OF REMAND AND ENTRY OF JUDGMENT** |

**ORDER**

As stipulated (Doc. 13), this case is remanded to the Commissioner per 42 U.S.C. § 405(g) sentence four.

Judgment is directed for Plaintiff.

IT IS SO ORDERED.

Dated: **May 15, 2024**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE